IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOE HARRISON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 07-589-GPM |
| BIG RIDGE, INC., | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, and the parties have advised that the action has been settled in its entirety.

**IT IS ORDERED** that this action is **DISMISSED with prejudice**. The parties shall bear their own costs.

**DATED**: 6/30/09

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Linda M. McGovern
    Deputy Clerk


APPROVED: s/ *G. Patrick Murphy*
    G. Patrick Murphy
    United States District Judge